1048

[No. 33934-3-III.   Division Three.   April 18, 2017.]
THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE GALLO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 15-1-00106-7, John W. Lohrmann, J., entered December 3, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33991-2-III.   Division Three.   April 18, 2017.]
*In the Matter of the Dependency of* L.W.

Appeal from a judgment of the Superior Court for Stevens County, No. 15-7-00090-6, Allen Nielson, J., entered November 30, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 34025-2-III.   Division Three.   April 18, 2017.]
JASON L. WATSON, *Appellant*, v. THE STATE OF WASHINGTON, *Defendant*, THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-2-03615-1, John O. Cooney, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 34968-3-III.   Division Three.   April 18, 2017.]
ALICE LOPEZ, *Appellant*, v. JPMORGAN CHASE & COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-02794-1, Robert A. Lewis, J., entered February 12, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.